UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

Case No. 19 Cr. 45 (PAE)

UNITED STATES OF AMERICA

    - Against -         **NOTICE OF APPEARANCE**

AMILCAR ALEX ARDON SORIANO

Defendant.

_____/

PLEASE TAKE NOTICE that JEFFREY COHN, an attorney admitted to practice in the Southern District of New York in February, 1995, has been retained to represent Mr. Ardon-Soriano in the above-captioned case.

Dated: September 30, 2020, Long Beach, NY

Jeffrey Cohn, Esq.-JC1753

Attorney for Amilcar Alex Ardon Soriano
501 Fifth Avenue, Suite 2008
New York, NY 10017
646-789-8480
jcohnlaw@gmail.com